ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v -

FAITH JUCKETT,

             Defendant.

- - - - - - - - - - - - - - - - - x

MISDEMEANOR INFORMATION

07 Cr. 337

### COUNT ONE

The United States Attorney charges:

1. In or about March 2002, in the Southern District of New York and elsewhere, FAITH JUCKETT, the defendant, unlawfully, willfully, and knowingly, did obstruct and retard the passage of the mail, and any carrier or conveyance carrying the mail, to wit, JUCKETT stole four pre-approved checks issued by Discover Bank from a mailbox in Hyde Park, New York.

(Title 18, United States Code, Section 1701.)

_[signature]_
MICHAEL J. GARCIA
United States Attorney