Consent to Proceed Misdemeanor

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.

*Faith Juliette* (handwritten)

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE
JUDGE IN A MISDEMEANOR CASE

CASE NUMBER: 7CR 337

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY**: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.

X _____
                          Defendant

---

### WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY**: Waive (give up) my right to trial by jury. _____
                                                                              Defendant

Consented to by United States _____

_____
Name/Title

---

### WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY**: Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
                          Defendant

_____ Approved By: _____
Defendant's Atty                     U.S. Magistrate Judge

_____
Date: 4-25-07